# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAYE O'BRIEN,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | No. CV 07-6396-AGR<br><br>**JUDGMENT** |

    Pursuant to the memorandum opinion and order,

    IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED:  August 22, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE